```
                UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF CONNECTICUT
                      BRIDGEPORT DIVISION
```

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| Kyle Schappach | ) CASE NO. 10 51454 |
| Diana Schappach | |
| DEBTOR(S) | ) June 28, 2010 |

### REQUEST FOR CONFIRMATION HEARING AND MOTION TO DISMISS

      Molly T. Whiton, Chapter 13 Standing Trustee herein, respectfully requests that a confirmation hearing be scheduled in the above-captioned case, and, in the event that the plan is not confirmable, moves for a dismissal of the case.

      In the event the plan is not confirmed, the Trustee requests an administrative allowance in the amount of $250.00 to be paid from any funds held pursuant to Section 1326.

```
                              /S/ Molly T. Whiton
                              _____
                              Molly T. Whiton, Chapter 13 Trustee
                              Fed. ID. No. 02214
                              10 Columbus Boulevard, 6th Floor
                              Hartford, CT 06106
                              Tele:(860) 278-9410 Fax:(860) 527-6185
                              mtwhiton@mtwhiton.com
```

      This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

**Debtor:**
Kyle & Diana Schappach
86 Possum Drive
New Fairfield, CT  06812

The following were served electronically:

**Debtor's Counsel:**
RICHARD J. KILCULLEN, ESQ.
rkilcullenbk@sbcglobal.net

**U.S. Trustee**
USTPREGION02.NH.ECF@USDOJ.GOV

```
                              /S/ Molly T. Whiton
                              _____
                              Molly T. Whiton, Chapter 13 Trustee
                              Fed. ID. No. 02214
                              10 Columbus Blvd., Hartford, CT 06106
                              Tele:(860) 278-9410 Fax:(860)527-6185
                              mtwhiton@mtwhiton.com
```

PLEASE SET FOR: 8/5/10