**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE: **KYLE SCHAPPACH** and
**DIANA SCHAPPACH**

Chapter 13
Case No: **10-51454**

DEBTORS,

### CERTIFICATION OF SERVICE

This is to certify that a copy of the Motion to Determine Secured Status Under 11 USC 506 and a copy of the proposed order was sent electronically or mailed, postage prepaid, to the attached parties on December 9, 2010.

Dated: December 9, 2010

THE DEBTOR

By: _____
Richard J. Kilcullen, Esq.
57 North Street, Suite 409
Danbury, CT 06810
(203) 792-1817

## *MAILING LIST*

Office of the U.S. Trustee
915 Lafayette Boulevard
Bridgeport, CT  06604

**Chapter 13 Trustee**
Molly T. Whiton
10 Columbus Blvd., 6th Floor
Hartford, CT  06106

**Second Mortgage Lien Holder**
CitiMortgage, Inc.
Post Office Box #140609
Irving, TX  75019-0609