**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**
**915 Lafayette Blvd**
**Bridgeport, CT 06604**

In re: Kyle Schappach and Diana Schappach

Case Number: 10–51454
Chapter: 13

Dear Sir or Madam:

    This letter is to inform you that a Proof of Claim was filed in your name by the debtor's counsel on December 9, 2010 in the amount of $ 275819.42 .

    If you dispute the amount of the claim, please file your claim and it will supercede the claim filed by the debtor's counsel.

    A proof of claim form is enclosed should you wish to dispute the claim. If you do file a proof of claim, please indicate "supercedes debtor's counsel claim" on the face of the claim form.

Dated: 12/10/10

                                                                                    Clerk, U.S. Bankruptcy Court

cc: Kyle Schappach and Diana Schappach , Debtor
     Richard J. Kilcullen, Debtor's Attorney
     Molly T. Whiton, Trustee
     Mortgage Electronic Registration Systems , Creditor