# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

In re:   **KYLE SCHAPPACH**
         **DIANA SCHAPPACH**

              DEBTORS

Chapter 13
Case No: **10-51454** ahws

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing **MOTION TO CONVERT** was sent was electronically sent to following parties on April 19, 2011:

| | |
|---|---|
| *U.S. Trustee* <br> Office of the U.S. Trustee <br> Giaimo Federal Building <br> 150 Court Street, Suite 302 <br> New Haven, CT  06510 | *Chapter 13 Trustee* <br> Molly Whiton, Esq. <br> 10 Columbus Blvd <br> Hartford, CT 06106 |
| *Creditor* <br> *GE Money Bank* <br> *c-o Recovery Management Systems Corp,* <br> *25 SE 2nd Avenue* <br> *Miami, FL 33131-1605* | *Creditor* <br> State of Connecticut <br> Department of Revenue Services <br> 25 Sigourney Street, Suite 2 <br> Hartford, CT  06106 |

A copy was also sent first class mail to the parties listed on the attached.

BY: _____

Richard J. Kilcullen, Esq.
57 North Street, Suite 409
Danbury, CT  06810

(203) 792-1817
rkilcullenbk@sbcglobal.net

America's Servicing Company
P. O. Box #1820
Newark, NJ 07101

American Honda Finance Corp.
P. O. Box #1844
Alpharetta, GA 30023

Bank of America
P. O. Box #15726
Wilmington, DE 19886

Capital One Bank
Post Office Box #70884
Charlotte, NC 28272-0884

Citimortgage, Inc.
P. O. Box 8003
South Hackensack, NJ 07606

Exxon/Mobil
P.O. Box 4598
Carol Stream, IL 60197-4598

HSBC Card Services
P. O. Box #5213
Carol Stream, IL 60197

Sears Card
P. O. Box #6924
The Lakes, NV 88901

Sunoco
Processing Center
PO Box 689153
Des Moines, IA 50368-9155